# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Nicole Johnson<br><br>　　　　Plaintiff,<br><br>v.<br><br>AllianceOne Receivables Management, Inc. dba AllianceOne<br><br>　　　　Defendant. | Case No. 3:14-cv-02017-JJH<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:　　/s/ Jeffrey S. Hyslip
　　　Jeffrey S. Hyslip
　　　Attorney for Plaintiff
　　　1100 W. Cermak Rd., Suite B410
　　　Chicago, IL  60608
　　　312-380-6110
　　　Jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

David P. Strup, Esq.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43604

Counsel for:
AllianceOne Receivables Management, Inc.

AND

K.C. Hawthorne, Esq.
Alliance One Receivables, Inc.
6565 Kimball Dr., Suite 200
Gig Harbor, WA 98335

/s/ Jeffrey Hyslip